## COURTLAND MERCANTILE CO. V. HOLLAND.

(Decided July 6, 1910.   Rehearing denied Dec. 22, 1910.)

APPEAL from Lawrence Circuit Court.

Heard before Hon. D. W. SPEAKE.

C. M. SHERROD, and TIDWELL & SAMPLE, for appellant.   D. C. ALMON, for appellee.

MAYFIELD, J.—Affirmed on the authority of *Patterson v. Irvin,* 132 Ala. 557, 31 South. 474; *Beale v. McKee,* 145 Ala. 659; 39 South. 654; DOWDELL, C. J. MCCLELLAN and EVANS, JJ., concur.